MARGARET L. M. BAILEY, as Administratrix of the Estate of FRANKLIN E. BAILEY, Deceased, Respondent, *v.* BETHLEHEM STEEL COMPANY, Appellant.

Argued Febraury 26, 1951; decided April 5, 1951.

*John F. X. Finn, Norman C. Mendes* and *Carmelo J. Pernicone* for appellant.

*Joseph H. Choate, Jr., Warner Pyne, Joseph H. Choate, 3d,* and *William A. Moore* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.